1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

DEANNE M. KROULIK,

       Plaintiff,

    v.

UNITED STATES OF AMERICA, *et al.*,

      Defendants.

Case No. C06-5388FDB

ORDER OF DISMISSAL

15

16

17

18

     Plaintiff was directed to show cause in writing by January 26, 2007 why there has been no response to the Court's order setting certain action dates and why this case should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(2)(b), or this matter would be dismissed without further notice.  Plaintiff has failed to respond.  ACCORDINGLY,

19

     IT IS ORDERED: This cause of action is DISMISSED for failure to prosecute.

20

     DATED this 8th day of February, 2007.

21

22

23

                           _____
                         FRANKLIN D. BURGESS
                         UNITED STATES DISTRICT JUDGE

24

25

26

ORDER - 1